UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KATHERINE J. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV463 CDP |
| | ) | |
| R. JAMES NICHOLSON, | ) | |
| Secretary, Department of Veterans' Affairs, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| KATHALEEN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV220 CDP |
| | ) | |
| KENNY WILKES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff has not filed a response to my show cause order on consolidation of these two cases, and the time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that Cause No. 4:06CV463 CDP and Cause No. 4:07CV220 CDP are consolidated for all purposes.

**IT IS FURTHER ORDERED** that the parties shall file all further pleadings and matters in Cause No. 4:06CV463 CDP only.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall administratively close Cause No. 4:07CV220 CDP.

**IT IS FURTHER ORDERED** that both of the currently filed complaints shall be deemed to be the operative complaint in this matter.

**IT IS FINALLY ORDERED** that the Case Management Order issued September 8, 2006, in Cause No. 4:06CV463 CDP shall govern this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2007.